IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMODAFINIL PATENT LITIGATION | ) ) ) | MDL Docket No. 10-2200-GMS |
| CEPHALON, INC. and CEPHALON FRANCE, | ) ) ) | REDACTED: PUBLIC VERSION |
| Plaintiffs, | ) ) | C.A. No. 09-954-GMS |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF WALTER H.A. VANDAELE, Ph.D

John W. Shaw (#3362)
Karen E. Keller (#4489)
SHAW KELLER LLP
300 Delaware Avenue
Suite 1120
Wilmington, DE 19801
(302) 476-2050
jshaw@shawkeller.com
kkeller@shawkeller.com
*Attorneys for Defendant Mylan
Pharmaceuticals Inc.*

OF COUNSEL:
Mark T. Jansen
Cedric C.Y. Tan
Kristen Cooklin
CROWELL MORING LLP
1001 Pennsylvania Avenue, N.W
Washington, DC 20004
(202) 624-2500

Dated: April 20, 2012

# REDACTED IN ITS ENTIRETY