IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON INC. and CEPHALON FRANCE,<br>Plaintiffs,<br>v.<br>MYLAN PHARMACEUTICALS INC.,<br>Defendant. | Civil Action No. 1:09-cv-954-GMS |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs Cephalon Inc. and Cephalon France and Defendant Mylan Pharmaceuticals Inc. ("Party" or "Parties") to the above-entitled action by their attorneys, that:

(1) Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims dismissed by this Order; and

(2) This matter is hereby dismissed without prejudice. The dismissal shall be without prejudice as to any other product or process.

DATED: April 30, 2012

SO ORDERED this _____ day of _____, 2012.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

1

*JOINTLY SUBMITTED BY:*

CONNOLLY, BOVE, LODGE & HUTZ LLP

/s/ *Mary W. Bourke*
_____
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
mbourke@cblh.com

*Attorneys for Plaintiffs*
*Cephalon Inc. and Cephalon France*

*Of Counsel*:
Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
　GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
(571) 203-2700
charlie.lipsey@finnegan.com

Barbara R. Rudolph
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
　GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000
barbara.rudolph@finnegan.com
mark.feldstein@finnegan.com

Robert C. Stanley
FINNEGAN, HENDERSON, FARABOW,
　GARRETT & DUNNER, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
(404) 653-6400
robert.stanley@finnegan.com

John C. Englander
Daryl L. Wiesen
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 570-1000
jenglander@goodwinprocter.com
dwiesen@goodwinprocter.com

SHAW KELLER LLP

/s/ *John W. Shaw*

John W. Shaw (#3361)
Karen E. Keller (#4489)
300 Delaware Avenue, Suite 1120
Wilmington, Delaware 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

*Of Counsel:*
Cedric C.Y. Tan
Kristin Cooklin
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500
ctan@crowell.com
kcooklin@crowell.com

Mark T. Jansen
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
(415) 986-2800
mjansen@crowell.com

4747042v1