IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON INC. and CEPHALON FRANCE,<br>　　　　Plaintiffs,<br>　　v.<br>MYLAN PHARMACEUTICALS INC.,<br>　　　　Defendant. | Civil Action No. 1:09-cv-954-GMS |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs Cephalon Inc. and Cephalon France and Defendant Mylan Pharmaceuticals Inc. ("Party" or "Parties") to the above-entitled action by their attorneys, that:

(1)　Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims dismissed by this Order; and

(2)　This matter is hereby dismissed without prejudice. The dismissal shall be without prejudice as to any other product or process.

DATED: April 30, 2012

　　　　　　　　　　　　　　　　　　　　　　SO ORDERED this 2nd day of May, 2012.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CHIEF, UNITED STATES DISTRICT JUDGE

1